UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00196-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) ) ORDER |
| CHARLES JENKINS, | ) ) |
| Defendant. | ) ) |

THIS MATTER is before the Court on Defendant's Motions for Compassionate Release (Doc. Nos. 33, 37). In light of the issues raised in the briefing before the Court on these motions, particularly footnote 3 in Defendant's Reply Brief, (Doc. No. 43, p. 1), the Court orders Defendant to provide the Court supplemental medical information, including Defendant's vaccination status, no later than September 3, 2021. The supplemental information may be filed under seal.

IT IS SO ORDERED.

Signed: August 20, 2021

_____
Frank D. Whitney
United States District Judge

1