UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00196-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CHARLES JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's Response in Support of his Supplemental Motion for Compassionate Release (Doc. No. 45) and Defendant's Motions to Seal (Doc. Nos. 38, 46). The Court finds the Government should have an opportunity to respond to Defendant's most recent supplemental briefing, and the Court concludes a sufficient basis exists for granting the motions to seal.

IT IS THEREFORE ORDERED that for the reasons stated in the Motions to Seal (Doc. Nos. 38, 46) they are both GRANTED, and the documents to be sealed (Doc. Nos. 39, 47) shall remain sealed until further order of this Court.

IT IS FURTHER ORDERED that the Government may file a supplemental response to the pending Motions for Compassionate Release (Doc. Nos. 33, 37) no later than September 9, 2021.

IT IS SO ORDERED.

Signed: September 2, 2021

Frank D. Whitney
United States District Judge

1